

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2015

No. 04-14-00363-CV

Augustine **NWABUISHI**, Rose Nwabuishi, Resource Health Services, Inc dba Resource Home Health Services, Inc. and Resource Care Corp.,
Appellants

v.

Dana D. **MOHAMMADI**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05341
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Upon review, this court has discovered the following two documents are missing from the clerk's record: (1) Receiver's Application to Close the Receivership and Discharge the Receiver; and (2) Order Closing Receivership. The clerk of this court contacted the office of the Bexar County District Clerk, which declined to file a supplemental clerk's record containing the missing documents. Accordingly, we **ORDER** the Honorable Donna Kay McKinney, Bexar County District Clerk, to file in this court on or before **June 23, 2015** a supplemental clerk's record containing: (1) the Receiver's Application to Close the Receivership and Discharge the Receiver; and (2) Order Closing Receivership.

We **order** the clerk of this court to serve a copy of this order on the Honorable Donna Kay McKinney, Bexar County District Clerk, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2015.



Keith E. Hottle
Clerk of Court